IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-0206-01-CR-W-SOW |
| | ) | |
| ROBERT DOWDY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court are the Report and Recommendation to Grant Defendant's Motion to Dismiss the Indictment for Post-Indictment Delay and the Government's Objection to the Report and Recommendation.

The Report and Recommendation of Magistrate Robert E. Larsen in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Dismiss the Indictment (Doc. #22) is granted.

    /s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date:    10/10/2008